IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.  CASE NO. 1:00-cr-00038-MP

CHANG QIN ZHENG, ZHENG WEI ZHENG, JIN SHUANG ZHENG

    Defendants.
_____/

**O R D E R**

This matter is before the Court on Doc. 314, Motion for Return of Surety. The Defendants posted and secured their appearance by personal guarantee of real estate located in Alachua County. The Defendants have been sentenced and remanded to custody where they now are incarcerated. All conditions of bail, pretrial and post-trial release have been satisfied without incident or impugnment of the sureties. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion for Return of Surety (doc. 314) is granted, the bond is discharged, and the Court authorizes and directs the release of liens, security interest, mortgages, and whatsoever interests the Government may now hold in said property.

**DONE AND ORDERED** this _18th_ day of November, 2005

           *s/Maurice M. Paul*
           Maurice M. Paul, Senior District Judge