IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                                                                                          CASE NO. 1:00-cr-00038-MP

CHANG QIN ZHENG,

    Defendant.
_____/

**O R D E R**

This matter is before the Court on Doc. 319, Motion to Destroy Property, filed by the United States. During the investigation of this case, the Federal Bureau of Investigation (FBI) and the Immigration and Naturalization Service executed search warrants at three (3) residences and two (2) businesses in Gainesville, Florida. One item seized was a Republic of China passport in the name of "Zheng Huiqing," The government has no reasonable means of contacting this individual, who was not a party in this case, and the passport has expired. Accordingly, the government's motion to destroy the passport is granted.

    **DONE AND ORDERED** this  *31st*  day of January, 2007

*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge